UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ANAEN GOYBURU CORP., VILLAGE TAXI CORP.,
P.C., TAXI CORP. and LUSO AMERICAN TAXI,
INC.,

                              Petitioners,           09 Civ. 3540(CS)

              -against-

VILLAGE OF PORT CHESTER, VILLAGE OF
PORT CHESTER BOARD OF TRUSTEES,
MAYOR DENNIS PILLA, VILLAGE TRUSTEE
DOMENICK CICATELLI, VILLAGE TRUSTEE
JOSEPH KENNER, VILLAGE TRUSTEE ROBERT
SORENSEN, VILLAGE TRUSTEE GREGORY
ADAMS VILLAGE TRUSTEE DANIEL BRAKEWOOD,
VILLAGE CLERK OF PORT CHESTER and
DOLORES GONZALEZ,

                              Respondents.

------------------------------------------------------------------------X

## ORDER REMANDING ARTICLE 78 CLAIM TO
## SUPREME COURT, COUNTY OF WESTCHESTER

This Court having determined at a pre-motion conference held on June 4, 2009, that remand of petitioners' Article 78 claim was proper;

IT HEREBY ORDERED, that petitioner's Article 78 claim designated as the First Claim in their First Amended Petition, is hereby remanded for further adjudication in the Supreme Court, County of Westchester; and

IT IS FURTHER ORDERED, that the motion to dismiss of respondents Village of Port Chester, Village of Port Chester Board Of Trustees, Mayor Dennis Pilla, Village Trustee Domenick Cicatelli, Village Trustee Joseph Kenner, Village Trustee Robert Sorensen, Village Trustee Gregory Adams Village Trustee Daniel Brakewood, Village

Clerk of Port Chester is denied as moot to the extent that it seeks dismissal of petitioners' Article 78 claim.

It is so ORDERED.

The Clerk is directed to transmit copies of this Order to all counsel of record herein and to the Clerk of the Supreme Court of the State of New York, County of Westchester.

Dated: August 26, 2009

                                                               CATHY SEIBEL
                                                               UNITED STATES DISTRICT JUDGE