UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
ANAEN GOYBURU CORP., VILLAGE TAXI CORP.,
P.C., TAXI CORP. and LUSO AMERICAN TAXI, INC.,

          Plaintiffs,

    -against-

VILLAGE OF PORT CHESTER, VILLAGE OF PORT
CHESTER BOARD OF TRUSTEES, MAYOR DENNIS
PILLA, VILLAGE TRUSTEE DOMENICK CICATELLI,
VILLAGE TRUSTEE JOSEPH KENNER, VILLAGE
TRUSTEE ROBERT SORENSEN, VILLAGE TRUSTEE
GREGORY ADAMS, VILLAGE TRUSTEE DANIEL
BRAKEWOOD, VILLAGE CLERK OF PORT CHESTER
and DOLORES GONZALEZ,

          Defendants.
-----------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No. 09 Civ. 3540 (CS) (LMS)

  **PLEASE TAKE NOTICE** that, upon the annexed Attorney's Declaration of Mark A. Radi and the exhibits annexed thereto, and upon all pleadings and proceedings heretofore had herein, defendants will move this Court before the Honorable Lisa M. Smith at the United States District Court for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 37(b) and 45(e) holding Ramon Beltre in contempt of court and awarding costs and attorneys' fees to defendants, together with such other and further relief as this Court deems just, equitable, and proper.

Dated: Carle Place, New York
       May 19, 2014

                                        SOKOLOFF STERN LLP
                                        *Attorneys for Defendants*

                              By: _____
                                        Mark A. Radi
                                        179 Westbury Avenue
                                        Carle Place, New York 11514
                                        (516) 334-4500
                                        File No.: 090027

TO:   Ramon Beltre
         57 Leonard Street
         Port Chester, New York 10573

         R.C. Taxi
         Attn: Ramon Beltre
         40 Broad Street
         Port Chester, New York 10573

         DILLON & DILLON, L.L.C.
         100 Mamaroneck Avenue
         Mamaroneck, New York 10543

         LEAVITT LEGAL PLLC
         19 Court Plaza, Suite 201
         White Plains, New York 10601